PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900



FILED

Oct 04, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATIONS OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>1. The person of Jonathan Patrick TURRENTINE<br>2. 9161 Tuolumne Drive, Sacramento, California<br>3. Toyota Avalon, with CA license plate 8WQS507 and VIN 4T1BF12B7VU171416<br>4. Hyundai SUV, with CA license plate 8UXX035 and VIN KM8JU3AC1CU441924 | CASE NOS.:<br><br>1. 2:21-SW-730-AC<br>2. 2:21-SW-731-AC<br>3. 2:21-SW-732-AC<br>4. 2:21-SW-733-AC<br><br>REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|

## REQUEST TO UNSEAL

The search warrants in the above-captioned matters were executed on September 22, 2021, at which time the owner of the locations searched, Jonathan Patrick Turrentine, was notified of the searches and the reasons therefor.

Prior investigation related to these properties also resulted in a criminal complaint, supported by the same affidavit that supports the search warrants listed above. See *United States v. Turrentine*, Case No. 2:21-MJ-148-AC (E.D. Cal., September 17, 2021), ECF No. 1. At the government's request, the Court unsealed that complaint on September 23, 2021, the date that Mr. Turrentine made his initial appearance in the underlying criminal matter, and it was filed on the public docket. *Id*. at ECF Nos. 4 & 5. As a result, there is no need for the search warrants or search warrant affidavits to remain under

REQUEST TO UNSEAL SEARCH WARRANTS

1 | seal.

2 |     Accordingly, the United States asks that the Court order that the search warrants, search warrant
3 | affidavits, and related case filings be unsealed.

5 | Dated: October 4, 2021          PHILLIP A. TALBERT
                                                           Acting United States Attorney

7 |                                    By:  /s/ *James R. Conolly*
                                                JAMES R. CONOLLY
8 |                                                 Assistant United States Attorney