PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>1. The person of Jonathan Patrick TURRENTINE<br>2. 9161 Tuolumne Drive, Sacramento, California<br>3. Toyota Avalon, with CA license plate 8WQS507 and VIN 4T1BF12B7VU171416<br>4. Hyundai SUV, with CA license plate 8UXX035 and VIN KM8JU3AC1CU441924 | CASE NOS:<br><br>1. 2:21-SW-730-AC<br>2. 2:21-SW-731-AC<br>3. 2:21-SW-732-AC<br>4. 2:21-SW-733-AC<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated:   October 4, 2021

_____
The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

FILED
Oct 04, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA